

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROMMEL E. GRIFFIN, SR. | ) | CIVIL ACTION NO. 08-2000 |
| | ) | |
| Plaintiff | ) | Judge Carl J. Barbier |
| | ) | |
| vs. | ) | Magistrate Alma L. Chasez |
| | ) | |
| UNITED PARCEL SERIVCE, INC. | ) | |
| Defendants | ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Rommel E. Griffin, Sr., plaintiff in the entitled cause, hereby amends its appeal (*P-113*) to the United States Court of Appeals for the Fifth Circuit to include the Court's Ruling on Defendant's Partial Motion for Summary Judgment (*P-98*) entered on August 3, 2010 (*P-112.*) The Defendant's Motion for Partial Summary Judgment and the Platiniff's Motion for Partial Summary Judgment (*P-102*) were in fact cross-motions for partial summary judgment on the same issue. The judgment which Plaintiff appeals in its initial notice was applicable to both motions. Accordingly, the Notice of Appeal is amended such that both cross-motions will be considered on appeal.

___Fee _Not pd._
___Process _____
_x_ Dktd _____
___CtRmDep_____
___Doc. No._____

Respectfully submitted,

_____
Lisa Brener, La. Bar #1809
LUGENBUHL, WHEATON, PECK RANKIN & HUBBARD
Suite 2775, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

Attorney for Rommel E. Griffin, Sr.

Certificate of Service

I hereby certify that on September 2, 2010 a copy of the foregoing Notice of Appeal was filed with the Clerk of Court via Courier. Notice of this filing will be sent to Kim Boyle, David Korn, and Brandon E. Davis by facsimile and U.S. Mail.

_____
Lisa Brener, La. Bar No. 1809
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
Suite 2775, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail: lbrener@lawla.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROMMEL E. GRIFFIN, SR. | ) | CIVIL ACTION NO. 08-2000 |
| Plaintiff | ) | Judge Carl J. Barbier |
| vs. | ) | Magistrate Alma L. Chasez |
| UNITED PARCEL SERIVCE, INC. | ) | |
| Defendants | ) | |

## ORDER

Upon considering the foregoing Amended Notice of Appeal,

**IT IS HEREBY ORDERED**, that Plaintiff, Rommel E. Griffin, Sr., is granted an appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Ruling on Defendant's Partial Motion for Summary Judgment (*P-98*) entered on August 3, 2010 (*P-112*.)

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**